IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANTE ANTWAN HILL,

    *Petitioner*,

v.                      Case No.: 5:24cv163-MW/MAL

WARDEN GABBY,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. The report and recommendation was returned as undeliverable on April 30, 2025, ECF No. 11, and Petitioner has failed to update this Court with his correct mailing address. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED** as moot and for failure to exhaust administrative remedies, and alternatively **DENIED** because Petitioner

has not shown he would have been entitled to relief on the merits." The Clerk shall close the file.

    **SO ORDERED on May 5, 2025.**

                                              <u>s/Mark E. Walker</u>
                                              **Chief United States District Judge**